**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br><br>v.<br><br>APPROXIMATELY 47,461.73111 USDT<br>ASSOCIATED WITH THE CRYPTOCURRENCY<br>WALLET ADDRESS<br>0x1ea3eb07180e408d2742821AA7D94f6c06064fCD,<br><br>Defendant *in Rem.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No.: 26-cv- |

**VERIFIED COMPLAINT FOR FORFEITURE *IN REM***

The United States of America, by its attorney, Leah B. Foley, United States Attorney for the District of Massachusetts, in a civil action for forfeiture pursuant to 18 U.S.C. §§ 981(a)(1)(A) and (C), and Supplemental Rule G of the Federal Rules of Civil Procedure for Admiralty or Maritime Claims and Asset Forfeiture Actions, alleges that:

1. This Court has jurisdiction in this matter pursuant to 28 U.S.C. §§ 1345 and 1355, and venue is appropriate pursuant to 28 U.S.C. § 1395, because acts and omissions giving rise to the forfeiture occurred in the District of Massachusetts.

2. The Defendant Property consists of the following:

   a. Approximately 47,461.73111 USDT[1] associated with the cryptocurrency wallet address 0x1ea3eb07180e408d2742821AA7D94f6c06064fCD (the "Defendant Property").

3. As detailed in the Affidavit of Casey Anderson, Special Agent with the Federal Bureau of Investigation, attached hereto as Exhibit A and incorporated herein by reference, the

---

[1] "USDT" is the abbreviation for Tether, a form of cryptocurrency whose tokens operate as a stablecoin, indicating that each token is equivalent in value to one U.S. dollar.

United States has probable cause to believe that the Defendant Property is subject to forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(C) because it represents property, real or personal, which constitutes or is derived from proceeds traceable to a violation of a specified unlawful activity, or conspiracy to commit a specified unlawful activity, specifically violations of 18 U.S.C. § 1343 (wire fraud or conspiracy to commit wire fraud). There is also probable cause to believe that the Defendant Property is subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(A) because it represents property, real or personal, involved in a transaction or attempted transaction, specifically violations of 18 U.S.C. § 1956 (money laundering and conspiracy to commit money laundering) or property traceable to such property.

4. The Defendant Property was seized pursuant to a seizure warrant issued in the District of Massachusetts on March 3, 2026. To seize the applicable USDT, Tether Limited will "burn" (*i.e.*, destroy) the USDT tokens currency associated with the cryptocurrency wallet and reissue the equivalent amount of USDT tokens and transfer that equivalent amount to a government-controlled cryptocurrency wallet. In accordance with this process, Tether transferred the Defendant Property to a U.S. government-controlled wallet on July 20, 2026.

WHEREFORE, the United States of America requests:

1. That a Warrant and Monition, in the form submitted herewith, be issued to the United States Marshals Service, or designee, commanding seizure of the Defendant Property, and to give notice to all interested parties to appear and show cause why the forfeiture should not be decreed;

2. That judgment of forfeiture be decreed against the Defendant Property;

3. That thereafter, the Defendant Property be disposed of according to law; and

4. For costs and all other relief to which the United States may be entitled.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By: *Carol E. Head*
CAROL E. HEAD
Assistant United States Attorney
U.S. Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100
carol.head@usdoj.gov

Dated: July 30, 2026

**Verification**

I, Casey Anderson, Special Agent for the Federal Bureau of Investigation state that I have read the foregoing Verified Complaint for Forfeiture *in Rem*, and the Affidavit, attached as Exhibit A, and declare under penalty of perjury that the contents thereof are true to the best of my knowledge, information, and belief.

Casey Anderson
Special Agent
Federal Bureau of Investigation

Dated: 7/30/2026